**RIMAC MARTIN, P.C.**
JOSEPH M. RIMAC – State Bar No. 72381
jrimac@rimacmartin.com
WILLIAM REILLY – State Bar No. 177550
wreilly@rimacmartin.com
1051 Divisadero Street
San Francisco, CA  94115
Telephone:  (415) 561-8440
Facsimile:   (415) 561-8430

Attorneys for Defendant
CERTAIN UNDERWRITERS, LLOYD'S LONDON,
SUBSCRIBING TO POLICY NO. NA0425007-07-01

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER BENAVENTE, | CASE NO. 11-cv-05270-PJH |
| Plaintiff, | **STIPULATION IN SUPPORT OF STAY AND** |
| v. | **[PROPOSED] ORDER THEREON** |
| CERTAIN UNDERWRITERS, LLOYD'S LONDON, SUBSCRIBING TO POLICY NO. NA0425007-07-01, and DOES 1 through 50, Inclusive, | |
| Defendants. | |

    Plaintiff PETER BENAVENTE and Defendant CERTAIN UNDERWRITERS, LLOYD'S LONDON, SUBSCRIBING TO POLICY NO. NA0425007-07-01 (referred to herein as "plaintiff" and "defendant"), by and through their respective attorneys, hereby stipulate to stay this matter for

1

STIPULATION
CASE NO. 11-cv-05270-PJH

150 days so that plaintiff may complete his administrative appeal of the decision to deny his permanent disability claim under his Occupational Accident Disability Plan.

Good cause exists for the parties' request for a stay in that, after the initial denial of plaintiff's permanent disability claim, the parties have agreed to complete an administrative appeals process. Defendant has advised plaintiff that it will reassess his claim through the appeals process. The appeal process could take over 120 days and could result in the payment of plaintiff's claim. As such, the parties request a stay of 150 days to complete this process.

**SO STIPULATED.**

**TEAL, MONTGOMERY & HENDERSON**

Dated:  January 23, 2012          By:     */s/ Michael S. Henderson*
                                          MICHAEL S. HENDERSON
                                          Attorneys for Plaintiff
                                          PETER BENAVENTE


**RIMAC MARTIN, P.C.**

Dated:  January 23, 2012          By:     */s/ William Reilly*
                                          WILLIAM REILLY
                                          Attorneys for Defendant
                                          CERTAIN UNDERWRITERS, LLOYD'S LONDON,
                                          SUBSCRIBING TO POLICY NO. NA0425007-07-01

# ORDER

The parties having stipulated thereto and good cause appearing, IT IS HEREBY ORDERED that this matter be, and hereby is, STAYED to allow the parties to pursue an alternative to litigation through the administrative appeals process.  The case is stayed until 6/21/12.

IT IS FURTHER ORDERED that the Case Management Conference in this matter, scheduled for February 9, 2011, ~~be taken off calendar~~ is continued to 6/28/12 at 2:00 p.m., but will be vacated if matter is resolved before that date.

**SO ORDERED.**

DATED: 1/24/12

_____
UNITED STATES DISTRICT COURT JUDGE

IT IS SO ORDERED
Judge Phyllis J. Hamilton