**RIMAC MARTIN, P.C.**
JOSEPH M. RIMAC – State Bar No. 72381
jrimac@rimacmartin.com
WILLIAM REILLY – State Bar No. 177550
wreilly@rimacmartin.com
1051 Divisadero Street
San Francisco, CA  94115
Telephone:  (415) 561-8440
Facsimile:   (415) 561-8430

Attorneys for Defendant
CERTAIN UNDERWRITERS, LLOYD'S LONDON,
SUBSCRIBING TO POLICY NO. NA0425007-07-01

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER BENAVENTE,<br><br>          Plaintiff,<br><br>v.<br><br>CERTAIN UNDERWRITERS, LLOYD'S LONDON, SUBSCRIBING TO POLICY NO. NA0425007-07-01, and DOES 1 through 50, Inclusive,<br><br>          Defendants. | CASE NO. 11-cv-05270-PJH<br><br>**STIPULATION IN SUPPORT OF STAY AND**<br>**[PROPOSED] ORDER THEREON** |

Plaintiff PETER BENAVENTE and Defendant CERTAIN UNDERWRITERS, LLOYD'S

LONDON, SUBSCRIBING TO POLICY NO. NA0425007-07-01 (referred to herein as "plaintiff"

and "defendant"), by and through their respective attorneys, hereby stipulate to stay this matter for

1

1  150 days so that plaintiff may complete his administrative appeal of the decision to deny his

2  permanent disability claim under his Occupational Accident Disability Plan.

3       Good cause exists for the parties' request for a stay in that, after the initial denial of

4  plaintiff's permanent disability claim, the parties have agreed to complete an administrative

5  appeals process.  Defendant has advised plaintiff that it will reassess his claim through the

6  appeals process.  The appeal process could take over 120 days and could result in the payment of

7  plaintiff's claim.  As such, the parties request a stay of 150 days to complete this process.

8       **SO STIPULATED.**

9

10                                 **TEAL, MONTGOMERY & HENDERSON**

11  Dated:  January 23, 2012        By:      _/s/ Michael S. Henderson_____
                                    MICHAEL S. HENDERSON
12                                  Attorneys for Plaintiff
                                    PETER BENAVENTE
13

14
                                    **RIMAC  MARTIN, P.C.**
15

16  Dated:  January 23, 2012        By:      _/s/  William Reilly_____
                                    WILLIAM REILLY
17                                  Attorneys for Defendant
                                    CERTAIN UNDERWRITERS, LLOYD'S LONDON,
18                                  SUBSCRIBING TO POLICY NO. NA0425007-07-01

19

20

21

22

23

24

25

26                                 2

1
2

# **ORDER**

3      The parties having stipulated thereto and good cause appearing, IT IS HEREBY ORDERED

4  that this matter be, and hereby is, STAYED to allow the parties to pursue an alternative to litigation

5  through the administrative appeals process.  The case is stayed until 6/21/12.

6      IT IS FURTHER ORDERED that the Case Management Conference in this matter,
                                    is continued to 6/28/12 at 2:00 p.m., but will be vacated if matter
7  scheduled for February 9, 2011, be taken off calendar.  is resolved before that date.

8      **SO ORDERED.**

9

10 DATED: ___1/24/12_____

11                                    _____
                                    UNITED STATES DISTRICT COURT JUDGE

IT IS SO ORDERED
Judge Phyllis J. Hamilton

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26                                    3
27                          STIPULATION
                          CASE NO. 11-cv-05270-PJH
28