**RIMAC MARTIN, P.C.**
JOSEPH M. RIMAC – State Bar No. 72381
jrimac@rimacmartin.com
WILLIAM REILLY – State Bar No. 177550
wreilly@rimacmartin.com
1051 Divisadero Street
San Francisco, CA  94115
Telephone:  (415) 561-8440
Facsimile:   (415) 561-8430

Attorneys for Defendant
CERTAIN UNDERWRITERS, LLOYD'S LONDON,
SUBSCRIBING TO POLICY NO. NA0425007-07-01

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER BENAVENTE, | CASE NO. 11-cv-05270-PJH |
| Plaintiff, | **STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER** |
| v. | |
| CERTAIN UNDERWRITERS, LLOYD'S LONDON, SUBSCRIBING TO POLICY NO. NA0425007-07-01, and DOES 1 through 50, Inclusive, | |
| Defendants. | |

It is HEREBY STIPULATED between Plaintiff PETER BENAVENTE and Defendant CERTAIN UNDERWRITERS, LLOYD'S LONDON, SUBSCRIBING TO POLICY NO. NA0425007-07-01 by and through their counsel, that the above-captioned action be and hereby is

1  dismissed with prejudice in its entirety pursuant to Federal Rule of Civil Procedure 41 (a) (1) (ii).

2  All parties shall bear their own costs and attorney's fees.

**SO STIPULATED.**

**TEAL, MONTGOMERY & HENDERSON**

Dated:  October 22, 2012        By:     /s/ Michael S. Henderson
                                        MICHAEL S. HENDERSON
                                        Attorneys for Plaintiff
                                        PETER BENAVENTE

**RIMAC  MARTIN, P.C.**

Dated:  October 22, 2012        By:     /s/  William Reilly
                                        WILLIAM REILLY
                                        Attorneys for Defendant
                                        CERTAIN UNDERWRITERS, LLOYD'S LONDON,
                                        SUBSCRIBING TO POLICY NO. NA0425007-07-01

**SO ORDERED.**

DATED:  10/23/12                        _____
                                        UNITED STATES DISTRICT COURT JUDGE

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*

2

STIPULATION OF DISMISSAL
CASE NO. 11-cv-05270-PJH