**RIMAC MARTIN, P.C.**
JOSEPH M. RIMAC – State Bar No. 72381
jrimac@rimacmartin.com
WILLIAM REILLY – State Bar No. 177550
wreilly@rimacmartin.com
1051 Divisadero Street
San Francisco, CA  94115
Telephone:  (415) 561-8440
Facsimile:   (415) 561-8430

Attorneys for Defendant
CERTAIN UNDERWRITERS, LLOYD'S LONDON,
SUBSCRIBING TO POLICY NO. NA0425007-07-01

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER BENAVENTE,<br><br>    Plaintiff,<br><br>v.<br><br>CERTAIN UNDERWRITERS, LLOYD'S LONDON, SUBSCRIBING TO POLICY NO. NA0425007-07-01, and DOES 1 through 50, Inclusive,<br><br>    Defendants. | CASE NO. 11-cv-05270-PJH<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER** |

It is HEREBY STIPULATED between Plaintiff PETER BENAVENTE and Defendant CERTAIN UNDERWRITERS, LLOYD'S LONDON, SUBSCRIBING TO POLICY NO. NA0425007-07-01 by and through their counsel, that the above-captioned action be and hereby is

1  dismissed with prejudice in its entirety pursuant to Federal Rule of Civil Procedure 41 (a) (1) (ii).
2  All parties shall bear their own costs and attorney's fees.
3      **SO STIPULATED.**

**TEAL, MONTGOMERY & HENDERSON**

Dated:  October 22, 2012    By:    */s/ Michael S. Henderson*
MICHAEL S. HENDERSON
Attorneys for Plaintiff
PETER BENAVENTE

**RIMAC  MARTIN, P.C.**

Dated:  October 22, 2012    By:    */s/  William Reilly*
WILLIAM REILLY
Attorneys for Defendant
CERTAIN UNDERWRITERS, LLOYD'S LONDON,
SUBSCRIBING TO POLICY NO. NA0425007-07-01

**SO ORDERED.**

DATED: __10/23/12_____    _____
                                               UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*
(United States District Court, Northern District of California seal)